EXHIBIT 1

US0D1028507S

(12) **United States Design Patent** (10) Patent No.: **US D1,028,507 S**

Zhang (45) Date of Patent: ** **May 28, 2024**

(54) **HAT BOX**

(71) Applicant: **Wei Zhang**, Jingzhou (CN)

(72) Inventor: **Wei Zhang**, Jingzhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/918,192**

(22) Filed: **Nov. 27, 2023**

(51) **LOC (14) Cl.** ............................................... **03-01**
(52) **U.S. Cl.**
USPC ........................................... **D3/269**; D9/414
(58) **Field of Classification Search**
USPC ........ D9/414, 415, 420, 423, 424, 426, 443,
D9/721; D3/201, 212, 225, 269, 270,
D3/271.4, 272, 273, 276, 283, 284, 286,
D3/294, 295, 304, 315, 317, 904
CPC .. A45C 11/02; A45F 2200/00; A45F 2200/05;
B21D 51/26; B65D 1/14; B65D 1/40;
B65D 1/0223; B65D 21/0209; B65D
21/0233; B65D 25/00; B65D 41/0457;
B65D 53/06; B65D 79/005; B65D
2543/00064; B65D 2543/00074; B65D
2543/00083; B65D 2543/00092; B65D
2543/00101
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,582,102 | A | * | 4/1926 | Tuten | A45C 11/02 |
| | | | | | 223/66 |
| 2,343,189 | A | * | 2/1944 | Kaufman | A45C 11/02 |
| | | | | | 206/8 |
| D138,066 | S | * | 6/1944 | Ludel | D3/294 |
| 3,261,517 | A | * | 7/1966 | Irvin | A45C 11/02 |
| | | | | | 223/25 |
| 3,324,994 | A | * | 6/1967 | Rauser | A45C 11/02 |
| | | | | | D9/423 |
| 5,022,515 | A | * | 6/1991 | Agostine | B65D 85/18 |
| | | | | | 206/8 |
| 5,074,410 | A | * | 12/1991 | Fries | B65D 85/18 |
| | | | | | 190/117 |

(Continued)

FOREIGN PATENT DOCUMENTS

CN       308138479   *  4/2023

OTHER PUBLICATIONS

Ozueccr Cowboy Hat Holder, posted at Amazon.com on Dec. 16, 2022, [site visited Dec. 11, 2023]. Available from internet, URL: <https://www.amazon.com/dp/B0BQHNN16P/> (Year: 2022).*

(Continued)

*Primary Examiner* — Andrew Kerr
*Assistant Examiner* — Chariton Alexakis
(74) *Attorney, Agent, or Firm* — Jose Cherson Weissbrot

(57) **CLAIM**

The ornamental design for a hat box, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, top perspective view of a hat box, showing my new design;
FIG. **2** is a rear, bottom perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image of FIG. **5**;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof;
FIG. **8** is a front, top perspective view of the hat box in an opened state; and,
FIG. **9** is a bottom plan view of the hat box in an opened state.
The dashed broken lines in the figures are for the purposes of illustrating portions of the hat box that form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



**US D1,028,507 S**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,137,146 A | * | 8/1992 | Stonehouse ............ A45C 11/02 |
| | | | 206/509 |
| D373,245 S | * | 9/1996 | Brindisi ....................... D3/269 |
| D378,732 S | * | 4/1997 | Lawson ........................ D9/632 |
| D386,305 S | * | 11/1997 | Lau ............................ D3/271.4 |
| 5,823,328 A | * | 10/1998 | Fomby .................. A45C 11/02 |
| | | | 206/8 |
| 6,125,997 A | * | 10/2000 | Campbell ............ A45C 11/02 |
| | | | 206/8 |
| D451,386 S | * | 12/2001 | Rice ............................... D9/503 |
| 6,510,972 B1 | * | 1/2003 | Briskey ................ A47G 25/10 |
| | | | 223/24 |
| D518,955 S | * | 4/2006 | Van Dam ................... D3/269 |
| D544,207 S | * | 6/2007 | Lindars ..................... D3/289 |
| D605,852 S | * | 12/2009 | Yusufov .................... D3/269 |
| D610,347 S | * | 2/2010 | Gilbert ....................... D3/269 |
| D646,483 S | | 10/2011 | Deguglimo et al. |
| D658,363 S | | 5/2012 | Biddle |
| D807,639 S | | 1/2018 | Peng et al. |
| D815,831 S | | 4/2018 | Tonelli |
| D857,391 S | | 8/2019 | Coleman |
| D902,587 S | | 11/2020 | Zhu |
| D904,764 S | | 12/2020 | Koneru et al. |
| D933,950 S | | 10/2021 | Breines |
| D953,028 S | * | 5/2022 | Reso ............................. D3/269 |
| D962,643 S | | 9/2022 | Akana et al. |
| D963,340 S | | 9/2022 | Zhu |
| D1,003,602 S | * | 11/2023 | Tays ............................. D3/269 |
| 2022/0061484 A1 | * | 3/2022 | Madden ................. A45C 5/08 |

OTHER PUBLICATIONS

Ozueccr Hat Holder for Travel—Crush Proof Hat Carrier Case for Travel Protects up to 2 fisherman,Panama & Tweed Hats—Equipped with a Carrying Handle, Shoulder Strap & Luggage Strap—Medium, Amazon.com, Dec. 16, 2022, https://www.amazon.com/dp/B0BQCL6FK7/?th=1 (Last accessed: Feb. 15, 2024).

* cited by examiner



*FIG.1*



FIG.2

Case: 1:25-cv-14424 Document #: 1-1 Filed: 11/25/25 Page 6 of 12 PageID #:22



FIG.3

Case: 1:25-cv-14424 Document #: 1-1 Filed: 11/25/25 Page 7 of 12 PageID #:23



FIG.4



*FIG.5*



*FIG.6*



*FIG.7*



*FIG.8*



*FIG.9*