# EXHIBIT 2

US0D1085712S

## (12) United States Design Patent
Zhang

(10) Patent No.: **US D1,085,712 S**
(45) Date of Patent: ⁎⁎ **Jul. 29, 2025**

(54) **HAT BOX**

(71) Applicant: **Wei Zhang**, Hubei (CN)

(72) Inventor: **Wei Zhang**, Hubei (CN)

(⁎⁎) Term: **15 Years**

(21) Appl. No.: **29/910,834**

(22) Filed: **Aug. 25, 2023**

(51) LOC (15) Cl. ............................................. 03-01

(52) U.S. Cl.
USPC ....................................................... D3/269

(58) Field of Classification Search
USPC .......... D2/886; D3/269, 289, 212, 225, 276, D3/283, 284; D9/420, 423, 426, 428, D9/432, 436, 499, 558, 720, 721
CPC ........... A42B 1/18; B65D 85/18; A45C 11/02; A45F 2200/00; A45F 2200/05
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 657,061 A | * | 8/1900 | Cannan ................... | A45C 11/02 206/8 |
| 676,274 A | * | 6/1901 | Porter ..................... | A45C 11/02 206/8 |
| 870,550 A | * | 11/1907 | Dod ........................ | A45C 11/02 206/8 |
| 1,109,722 A | * | 9/1914 | Weiss ...................... | A45C 11/02 206/8 |
| 1,225,451 A | * | 5/1917 | Macon ................... | A45C 11/02 206/9 |
| 1,568,733 A | * | 1/1926 | Hauser ................... | A45C 11/02 190/18 R |
| 1,582,102 A | * | 4/1926 | Tuten ..................... | A45C 11/02 223/66 |
| 1,638,568 A | * | 8/1927 | Dreyfus ................. | A45C 11/02 206/8 |
| 1,894,337 A | * | 1/1933 | Andrews .............. | B65D 5/5097 206/8 |
| 2,283,660 A | * | 5/1942 | Widmann ................ | A42C 1/04 223/24 |
| 2,343,189 A | * | 2/1944 | Kaufman ............... | A45C 11/02 206/8 |
| 2,384,680 A | * | 9/1945 | Huye ..................... | A45C 11/02 206/499 |

(Continued)

FOREIGN PATENT DOCUMENTS

CN 308138479 * 7/2023

OTHER PUBLICATIONS

Ozueccr Hat Case, review posted Feb. 23, 2023 [online], [retrieved Dec. 23, 2024]. Retrieved from internet, https://www.amazon.com/Ozueccr-Cowboy-Hat-Holder-Travel/dp/B0BQHNN16P/ (1 page) (Year: 2023).*

(Continued)

*Primary Examiner* — Mary Shannon Malley
*Assistant Examiner* — Alexandria Dubus
(74) *Attorney, Agent, or Firm* — Hawaii Patent Services; Nathaniel K. Fedde; Kenton N. Fedde

(57) **CLAIM**

The ornamental design for a hat box, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a hat box, showing my new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image of FIG. **5**;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof; and,
FIG. **8** is a top perspective view of the hat box in a unfolded state.

**1 Claim, 8 Drawing Sheets**



## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,466,605 A * | 4/1949 | Marcus | A45C 11/02 206/9 |
| 2,540,992 A * | 2/1951 | Rickus | A45C 11/02 206/8 |
| 2,849,108 A * | 8/1958 | Pascale | A45C 11/02 206/9 |
| 3,324,994 A * | 6/1967 | Rauser | A45C 11/02 D9/423 |
| 5,074,410 A * | 12/1991 | Fries | B65D 85/18 190/117 |
| 5,823,328 A * | 10/1998 | Fomby | A45C 11/02 206/8 |
| D731,179 S * | 6/2015 | Bernson | D3/269 |
| D1,003,602 S * | 11/2023 | Tays | D3/269 |
| D1,028,507 S * | 5/2024 | Zhang | D9/414 |
| D1,030,314 S * | 6/2024 | Cabana | D3/273 |
| 2019/0350288 A1* | 11/2019 | Foreman | A47G 25/10 |
| 2020/0268135 A1* | 8/2020 | Ollinger | A45F 5/02 |
| 2021/0353020 A1* | 11/2021 | Huang | A45C 11/02 |

### OTHER PUBLICATIONS

Fancemot Hat Box, review posted Aug. 19, 2023 [online], [retrieved Dec. 23, 2024]. Retrieved from internet, https://www.amazon.com/Fancemot-Equipped-Carrying-Shoulder-Suitcase/dp/B0BLJTGP7B (1 page) (Year: 2023).*

\* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6

*FIG.7*



FIG.8